## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHRAF SALIM ABDESSALAM, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-01761 ESH |
| | ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, REAR | ) | |
| ADM. HARRY B. HARRIS JR.,  and ARMY COL. | ) | |
| WADE F. DAVIS, | ) | |
| | ) | |
| *Respondents*. | ) | |

## APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION

Pursuant to Local Rule 83.2(g), Thomas P. Sullivan hereby enters his appearance as

counsel for Petitioner in the above-captioned case.  Mr. Sullivan certifies that he is a member in

good standing of the Illinois Supreme Court bar and that he has undertaken the representation of

Petitioner without compensation.


Respectfully submitted,


   /s/ Thomas P. Sullivan_____          Dated:  November 21, 2006
Thomas P. Sullivan
   Illinois Bar No.  2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

*Of Counsel*
Barbara J. Olshansky
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499
Email: bjo@ccr-ny.org

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following person via the ECF system on the 21st day of November, 2006:

**Barbara J. Olshansky**
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499
Email: bjo@ccr-ny.org

Because attorneys for the Respondents have not entered appearances in this matter, I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following persons by first-class United States mail, postage prepaid, and by email on the 21st day of November, 2006:

**Terry Marcus Henry**
**Andrew Warden**
**Preeya Noronha**
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Email: terry.henry@usdoj.gov
Email: andrew.warden@usdoj.gov
Email: preeya.noronha@usdoj.gov

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following persons by first-class United States mail, postage prepaid, on the 21st day of November, 2006:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C.  20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C.  20301-1000

**Rear Admiral Harry B. Harris, Jr.**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Rear Admiral Harry B. Harris, Jr.**
UNITED STATES NAVY
Pentagon
Washington, D.C.  20310-0200

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Pentagon
Washington, D.C.  20310-0200

/s/ Thomas P. Sullivan
Thomas P. Sullivan
Illinois Bar No.  2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

4