IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01761 ESH |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, REAR ) | |
| ADM. HARRY B. HARRIS JR., and ARMY COL. ) | |
| WADE F. DAVIS, ) | |
| ) | |
| *Respondents*. ) | |

**APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION**

Pursuant to Local Rule 83.2(g), Douglas A. Sondgeroth hereby enters his appearance as counsel for Petitioner in the above-captioned case. Mr. Sondgeroth certifies that he is a member in good standing of the Illinois Supreme Court bar and that he has undertaken the representation of Petitioner without compensation.

Respectfully submitted,

   /s/ Douglas A. Sondgeroth_____          Dated:  November 21, 2006
Douglas A. Sondgeroth
    Illinois Bar No.  6278486
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7605
Fax: (312) 840-7705
Email: dsondgeroth@jenner.com

*Of Counsel*
Barbara J. Olshansky
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499
Email: bjo@ccr-ny.org


ATTORNEYS FOR PETITIONER

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following person via the ECF system on the 21st day of November, 2006:

> **Barbara J. Olshansky**
> Center for Constitutional Rights
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6439
> Fax: (212) 614-6499
> Email: bjo@ccr-ny.org

Because attorneys for the Respondents have not entered appearances in this matter, I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following persons by first-class United States mail, postage prepaid, and by email on the 21st day of November, 2006:

> **Terry Marcus Henry**
> **Andrew Warden**
> **Preeya Noronha**
> U.S. Department of Justice, Civil Division
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530
> Email: terry.henry@usdoj.gov
> Email: andrew.warden@usdoj.gov
> Email: preeya.noronha@usdoj.gov

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following persons by first-class United States mail, postage prepaid, on the 21st day of November, 2006:

| | |
|---|---|
| **Kenneth L. Wainstein**<br>U.S. ATTORNEY<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, D.C.  20530 | **George W. Bush**<br>PRESIDENT, UNITED STATES OF AMERICA<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C.  20301-1000 |

| | |
|---|---|
| **Alberto R. Gonzales**<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution Ave., NW<br>Room 5111<br>Washington, D.C.  20530 | **Donald Rumsfeld**<br>SECRETARY, U.S. DEP'T. OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C.  20301-1000 |
| **Rear Admiral Harry B. Harris, Jr.**<br>COMMANDER, JOINT TASK FORCE-GTMO<br>JTF-GTMO<br>APO AE 09360 | **Rear Admiral Harry B. Harris, Jr.**<br>UNITED STATES NAVY<br>Pentagon<br>Washington, D.C.  20310-0200 |
| **Army Col. Wade F. Davis**<br>COMMANDER, JDOG<br>JTF-GTMO<br>APO AE 09360 | **Army Col. Wade F. Davis**<br>UNITED STATES ARMY<br>Pentagon<br>Washington, D.C.  20310-0200 |

 /s/ Douglas A. Sondgeroth
Douglas A. Sondgeroth
Illinois Bar No.  6278486
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7605
Fax: (312) 840-7705
Email: dsondgeroth@jenner.com