IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM, ) | |
| ) | |
|    *Petitioner*, ) | |
| ) | |
|    v. ) | Case No. 1:06-cv-01761 ESH |
| ) | |
| GEORGE W. BUSH, DONALD ) | |
| RUMSFELD, REAR ADM. HARRY B. ) | |
| HARRIS JR., and ARMY COL. WADE F. ) | |
| DAVIS, ) | |
| ) | |
|    *Respondents*. | |

## NOTICE OF FILING

Please take notice that counsel for Petitioner Achraf Salim Abdessalam, ISN 263, hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Thomas P. Sullivan in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Thomas P. Sullivan                              Dated: January 2, 2007
One of the Attorneys for the Petitioner
Achraf Salim Abdessalam

Thomas P. Sullivan
   Illinois Bar No. 2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

1488273

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Thomas P. Sullivan were served upon counsel of record via the ECF system on the 2nd day of January, 2007.

        /s/ Thomas P. Sullivan
Thomas P. Sullivan
  Illinois Bar No.  2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

1488273

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01761 ESH |
| | ) |
| GEORGE W. BUSH, DONALD RUMSFELD, REAR ADM. HARRY B. HARRIS JR., and ARMY COL. WADE F. DAVIS, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Achraf Salim Abdessalam v. George W. Bush, et al.*, No. 1:06 CV 01761 (ESH).

1488262

2

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Achraf Salim Abdessalam v. George W. Bush, et al.*, No. 1:06 CV 01761 (ESH), and I agree to comply with the provisions thereof.

_____Thomas C. Sullivan_____     _____1/2/07_____
                                       Date

2

1488262

# **<u>Exhibit B</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, REAR ADM. HARRY B. HARRIS JR., and ARMY COL. WADE F. DAVIS,<br><br>*Respondents*. | Case No. 1:06-cv-01761 ESH |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Achraf Salim Abdessalam v. George W. Bush, et al.*, No. 1:06 CV 01761 (ESH), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1/2/07           BY: _____Thomas P. Sullivan_____
                                                 (type or print name)

                                      SIGNED: /s/ Thomas P. Sullivan

1488263