IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACHRAF SALIM ABDESSALAM,** )<br>)<br>*Petitioner*, )<br>)<br>*v.* )<br>)<br>**GEORGE W. BUSH, et al.,** )<br>)<br>*Respondents.* ) | Civil Action No. 06-CV-1761 (CKK) |

NOTICE OF FILING OF
**PETITIONER'S OPPOSITION TO MOTION TO DISMISS**

Petitioner Achraf Salim Abdessalam, by his undersigned attorneys, hereby gives notice that on May 29, 2007, counsel hand delivered to the Court Security Officer Petitioner's Opposition to Motion to Dismiss. Pursuant to the terms of the Protective Order, these documents will be filed after review by the CSO.

Respectfully submitted,

/s/ Thomas P. Sullivan_____
One of the Attorneys for the Petitioners          Dated: May 29, 2007

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 222-9350
Fax: (312) 527-0484

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012

Tel: (212) 614-6464
Fax: (212) 614-6499