PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ACHRAF SALIM ABDESSALAM,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-1761 (ESH) |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents.* | ) | |

**PETITIONER'S OPPOSITION TO MOTION TO DISMISS**

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 222-9350
Fax: (312) 527-0484

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

Dated: May 29, 2007

On April 19, 2007, the Government moved to dismiss this case.

Since the filing of the Government's motion to dismiss on April 19, 2007, counsel for Petitioner Achraf Salim Abdessalam have not had the opportunity to meet with him to discuss the motion to dismiss. However, counsel believe it is important to present to this Court the reasons why Petitioner Achraf Salim Abdessalam's petition should not be dismissed.

On behalf of Petitioner Achraf Salim Abdessalam, we join in the Opposition to the Government's motion to dismiss ("Opposition") filed on May 3, 2007 by Petitioners Saad Al Qahtani, Mohammed Zahrani and Ziyad Al Bahooth in the actions *Said, et al., v. Bush, et al.*, 05-CV-2384 (RBW) and *Al Bahooth v. Bush, et al.*, 05-CV-1666 (ESH). For the reasons stated in that Opposition, on behalf of Petitioner Achraf Salim Abdessalam, we respectfully request that the Court deny the Government's motion to dismiss. In the event that the Court grants the motion, we request that the Court stay the effect of the dismissal for an adequate time to permit appellate review.

Respectfully submitted,

 /s/ Thomas P. Sullivan _____
One of the Attorneys for the Petitioner          Dated: May 29, 2007


Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 222-9350
Fax: (312) 527-0484

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor

New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACHRAF SALIM ABDESSALAM,** ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| *v*. ) | Civil Action No. 06-CV-1761 (ESH) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| *Respondents.* ) | |

**[PROPOSED] ORDER**

The Court having considered Petitioner's Opposition to Motion to Dismiss, dated May 29, 2007,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending exhaustion of remedies under the Detainee Treatment Act of 2005, and the resolution in the Supreme Court of the jurisdictional issue addressed in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) or the Supreme Court's resolution on the merits of the same jurisdictional issue as presented in a pending original habeas petition in *In re Ali*, No. 06-1194.

Dated: _____   _____
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I filed and served the foregoing Opposition to Motion to Dismiss, together with the Proposed Order, by causing the original and two copies to be delivered to the Court Security Officer, with the original to be forwarded to the Court and one copy to be forwarded to the following counsel of record via U.S. Mail:

> Peter D. Keisler, Assistant Attorney General
> Douglas N. Letter, Terrorism Litigation Counsel
> Civil Division, Room 7268
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W.
> Washington, DC 20530-0001

>                 _/s/ Thomas P. Sullivan _____
>                 Thomas P. Sullivan