Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM, )<br>)<br>*Petitioner*, )<br>)<br>    v. )<br>)<br>GEORGE W. BUSH, DONALD RUMSFELD, )<br>REAR ADM. HARRY B. HARRIS JR., and )<br>ARMY COL. WADE F. DAVIS, )<br>)<br>*Respondents*. ) | Case No. 1:06-cv-01761 ESH |

**EMERGENCY MOTION OF PETITIONER
ACHRAF SALIM ABDESSALAM, ISN #263**

Pursuant to and in light of the ruling of the United States Supreme Court in *Boumediene, et al. v. Bush, et al.*, No. 06-1195 (June 12, 2008), that Petitioner is "entitled to a prompt habeas corpus hearing" (p. 66), Petitioner Achraf Salim Abdessalam submits the following emergency motion:

1. That the Court enter an order fixing a date for an evidentiary hearing in this matter, if feasible during the weeks of August 18 or 25, "to determine the lawfulness of [Achraf Salim Abdessalam's] detention" (*Boumediene* at p. 69).

2. That the Court order provide that at the scheduled hearing, Respondents will be required to produce evidence justifying Petitioner's continued imprisonment; that Petitioner's lawyer will be entitled to cross examine Respondents' witnesses, examine any documentary evidence offered or used by Respondent during the hearing, contest the admissibility and reliability of Respondents' evidence; and that Petitioner will be entitled to introduce evidence in his own behalf.

1665638.1

      3.      That the Court order provide that Respondents shall serve on Petitioner's lawyers at least three weeks prior to the scheduled hearing: (1) the names of witnesses Respondents intend to call to testify, together with a summary of their anticipated testimony; (2) copies of documentary evidence Respondents anticipate offering into evidence or using during the hearing; (3) copies of reports or memoranda concerning Petitioner; (4) exculpatory evidence in Respondent's possession relating to Petitioner; (5) other information in Respondents' possession relating to Petitioner including but not limited to the complete CSRT and ARB records relating to Petitioner; and that, if the documents contain classified material, Respondents shall deposit the documents in the secure facility created for the prisoners' lawyers, and make arrangements for Petitioner's lawyers who have appropriate security clearances to view the documents at least three weeks prior to the scheduled hearing.

    In the alternative to the foregoing motion, Petitioner moves the Court to enter an order fixing a date and time within the next two weeks at which the lawyers for the parties may meet and confer with the Court, to discuss the schedule and procedures to be followed in the *habeas corpus* proceeding to be held in accordance with the *Boumediene* ruling.

      4.      That the Court enter an order directing Respondents not to return Petitioner to Libya.

      5.      Pursuant to Local Rule 7(m), counsel attempted by telephone to obtain assent of Respondents to the relief sought herein. Counsel was unable to reach counsel for the Respondents and thus assent has not been obtained.

                                                        Respectfully submitted,

                                                         /s/ Thomas P. Sullivan
                                                         Thomas P. Sullivan
                                                         One of the Attorneys for Petitioner
                                                              Illinois Bar No. 2773112

                                          Douglas A. Sondgeroth
                                              Illinois Bar No. 6278486

JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com

Dated: June 16, 2008

Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01761 ESH |
| | ) |
| GEORGE W. BUSH, DONALD RUMSFELD, | ) |
| REAR ADM. HARRY B. HARRIS JR., and | ) |
| ARMY COL. WADE F. DAVIS, | ) |
| | ) |
| *Respondents*. | ) |

### MEMORANDUM IN SUPPORT OF
### EMERGENCY MOTION OF PETITIONER ACHRAF SALIM ABDESSALAM, ISN #263

The basis for this motion is the opinion of the majority of the United States Supreme Court in *Boumediene, et al., v. Bush, et al.*, No. 06-1195 (June 12, 2008).

Respectfully submitted,

/s/ Thomas P. Sullivan
Thomas P. Sullivan
One of the Attorneys for Petitioner
Illinois Bar No. 2773112

Douglas A. Sondgeroth
Illinois Bar No. 6278486

JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com

Dated: June 16, 2008

1665806.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I caused the foregoing Emergency Motion of Petitioner Achraf Salim Abdessalam, ISN #263, a memorandum in support thereof, and two proposed orders, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>   /s/ Thomas P. Sullivan
>Thomas P. Sullivan
>One of the Attorneys for Petitioner
>JENNER & BLOCK LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>Tel.: (312) 222-9350
>Fax.: (312) 527-0484
>Email: tsullivan@jenner.com

1665638.1

Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ACHRAF SALIM ABDESSALAM | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-01761 ESH |
| | ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, | ) | |
| REAR ARMY COL. HARRY B. HARRIS JR., and | ) | |
| ARMY COL. WADE F. DAVIS, | ) | |
| | ) | |
| *Respondents*. | ) | |

# **ORDER**

Having considered the Emergency Motion of Petitioner Achraf Salim Abdessalam, ISN #263 and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

1. An evidentiary hearing shall be held in this matter on _____, 2008 at _____ to determine the lawfulness of Petitioner's detention.

2. At the scheduled hearing, Respondents will be required to produce evidence justifying Petitioner's continued imprisonment; that Petitioner's lawyer will be entitled to cross examine Respondents' witnesses, examine any documentary evidence offered or used by Respondent during the hearing, contest the admissibility and reliability of Respondents' evidence; and that Petitioner will be entitled to introduce evidence in his own behalf.

3. At least three weeks prior to the scheduled hearing, Respondents shall serve on Petitioner's lawyers: (1) the names of witnesses Respondents intend to call to testify, together with a summary of their anticipated testimony; (2) copies of documentary evidence Respondents anticipate offering into evidence or using during the hearing;

1665731.1

2

        (3) copies of reports or memoranda concerning Petitioner; (4) exculpatory evidence in Respondent's possession relating to Petitioner; and (5) other information in Respondents' possession relating to Petitioner including but not limited to the complete CSRT and ARB records relating to Petitioner;

4. If any of the documents related to Paragraph 3 of this Order contain classified material, Respondents shall deposit the documents in the secure facility created for the prisoners' lawyers, and make arrangements for Petitioner's lawyers who have appropriate security clearances to view the documents at least three weeks prior to the scheduled hearing.

5. The Government may not return Petitioner to Libya.

IT IS SO ORDERED

Signed this ___ day of _____ 2008.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACHRAF SALIM ABDESSALAM )<br>)<br>*Petitioner*, )<br>)<br>    v. )<br>)<br>GEORGE W. BUSH, DONALD RUMSFELD, )<br>REAR ARMY COL. HARRY B. HARRIS JR., and )<br>ARMY COL. WADE F. DAVIS, )<br>)<br>*Respondents*. ) | Case No. 1:06-cv-01761 ESH |

# [ALTERNATIVE PROPOSED] ORDER

Having considered the Emergency Motion of Petitioner Achraf Salim Abdessalam, ISN #263 and authorities and points in support thereof, it is hereby ORDERED that:

On _____, 2008, at _____, the lawyers for the parties shall meet and confer with the Court, to discuss the schedule and procedures to be followed in a *habeas corpus* proceeding in this matter to be held in accordance with the ruling of the United States Supreme Court in *Boumediene, et al., v. Bush, et al.*, No. 06-1195 (June 12, 2008).

IT IS SO ORDERED

Signed this ___ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE

1665739.1