## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

                                                    )
IN RE:                                              )        **Misc. No. 08-442**
                                                    )
**GUANTANAMO BAY**                                  )        **Civ. Action Nos.**
**DETAINEE LITIGATION**                             )
                                                    )        **05-CV-2386 (RBW)**
                                                    )        **06-CV-1761 (ESH)**
_____)

### REPLY IN SUPPORT OF PETITIONERS SULAEIMAN AND ABDESSALAM'S MOTIONS FOR ORDER TO SHOW CAUSE

Counsel for Petitioners Abdul-Rahman Sulaeiman, ISN #223 and one of the petitioners in *Mohammon v. Bush*, No. 05-2386, and Achraf Salim Abdessalam, ISN #263 and petitioner in *Abdessalam v. Bush*, No. 06-1761 (collectively, "Petitioners"), respectfully submit this reply in support of the respective emergency motions for order to show cause that were filed on their behalf on June 24, 2008 ("Motion"), each attached hereto as Exhibits A and B.

1.      We support without qualification the arguments and positions the designated spokespersons for the Guantanamo prisoners expressed at the conference this Court held on July 8, 2008, and particularly their proposal that the Government be ordered to produce the classified records and evidence from the CSRT and ARB proceedings for all cases by July 18, 2008 in the secure facility.

2.      Each Motion by the Petitioners seeks an order requiring the Government to "provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility."  At a minimum, and regardless of the ultimate scope of any factual return the Government may file in these matters, the Motions seek to require the Government to provide the unredacted classified records and evidence from the CSRT and ARB proceedings that were conducted as to the Petitioners.

3.      To date, the Government has not provided a factual return related to either of the Petitioners.  In particular, it has not provided any classified evidence or information related to the CSRTs or ARBs, the classified transcripts of the CSRTs or ARBs, or any classified information related to why the Government is continuing to hold the Petitioners.

4.      On information and belief, providing the unredacted classified records, information, and evidence from the Petitioners' CSRT and ARB proceedings requires the Government to merely photocopy existing and assembled records that are in its possession and have been in its possession for approximately four years.  To provide these records will not impose a substantial burden of time

or expense on the Government, and it has failed to provide an explanation why these records could not be provided in short order.

5.    Accordingly, counsel for Petitioners requests that the Motions be granted and that, at a minimum, the Government be ordered to deposit in the secure facility within seven days of the order the unredacted classified records and evidence from the CSRT and ARB proceedings related to the Petitioners so that counsel may continue to prepare Petitioners' cases and so that these cases may move as expeditiously as possible toward the hearings contemplated by the Supreme Court's decision in *Boumediene v. Bush.*


Dated:   July 9, 2008                                    Respectfully submitted,


                                                         _____/s/ Thomas P. Sullivan_____
                                                         One of the Attorneys for Petitioners

                                                         Thomas P. Sullivan
                                                         Douglas A. Sondgeroth
                                                         JENNER & BLOCK LLP
                                                         330 N. Wabash Avenue
                                                         Chicago, IL  60611
                                                         Tel: (312) 923-9350
                                                         Fax: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I caused the foregoing Reply in

Support of Petitioners Emergency Motions for Order to Show Cause to be

filed and served electronically to the counsel of record in the above-

captioned matter via the CM/ECF system.


   /s/ Thomas P. Sullivan
     Thomas P. Sullivan
     One of the Attorneys for
     Petitioner
     JENNER & BLOCK LLP
     330 N. Wabash Avenue
     Chicago, IL 60611
     Tel.: (312) 222-9350
     Fax.: (312) 527-0484
     Email: tsullivan@jenner.com

# Exhibit A

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMER MOHAMMON, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:05-CV-2386 (RBW)** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## PETITIONER SULAEIMAN'S
## EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Abdul-Rahman Sulaeiman ("Petitioner"), through counsel, respectfully submits the following emergency motion:

That this Court order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

In accordance with LCvR 7(m), counsel for Petitioner attempted via telephone and electronic mail to discuss this motion with counsel for Respondents

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

but was unable to reach counsel for Respondents. Accordingly, counsel for

Petitioner was unable to determine if Respondents object to the relief sought herein

Dated:  June 24, 2008                    Respectfully submitted,


_____/s/ Thomas P. Sullivan_____
One of the Attorneys for Petitioner

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused the foregoing Petitioner

Sulaeiman's Emergency Motion for Order to Show Cause, a memorandum in

support thereof, and a proposed order, previously filed with the CSO on June 24,

2008, and cleared for public filing by the DOJ, to be delivered to the below-listed

counsel of record in the above-captioned matter through the CM/ECF system:


Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530


  /s/ Thomas P. Sullivan
Thomas P. Sullivan
One of the Attorneys for
Petitioner
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   No. 1:05-CV-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM IN SUPPORT OF PETITIONER SULAEIMAN'S
## EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Abdul-Rahman Sulaeiman ("Petitioner") has moved this Court to order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

## STATEMENT OF FACTS

Petitioner is a citizen of Yemen. He is presently held at Guantánamo and has been held virtually incommunicado in Respondents' custody and control for approximately six years.

1667519

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

On December 21, 2005, Petitioner, through counsel, filed a Petition for Writ of *Habeas Corpus* (the "Petition") in this Court.  The Petition contests both the fact of Petitioner's incarceration as well as his treatment in violation of the Constitution and laws of the United States, the Uniform Code of Military Justice, specified treaties to which the United States is a party, and various principles of international law, as set forth more fully in the Petition.  On January 5, 2006, counsel for Respondents appeared in this case.  Further, Respondents have filed pleadings in this matter.

On information and belief, Respondents' agents have interrogated Petitioner on numerous occasions and should be fully aware of the reasons why Petitioner continues to be held in prison.  Respondents have acknowledged that the Department of Defense completed so-called CSRT hearings at which each prisoner's "enemy combatant" status and his imprisonment generally were reviewed.

## ARGUMENT

The United States Supreme Court in *Boumediene, et al., v. Bush, et al.,* No. 06-1195 (June 12, 2008), held that Petitioner is "entitled to a prompt *habeas corpus* hearing" to determine the legality of his imprisonment.  *Boumediene*, slip op. at 66.  Petitioner's "access to the writ [of *habeas corpus*] is a necessity to

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

determine the lawfulness of [Petitioner's] status" and whether the Respondents may continue to hold him. *Id*. at 69. In an Emergency Motion filed with the court security officer on June 16, 2008, and publicly filed on June 18, 2008, Petitioner has requested a prompt hearing in this matter.

It is essential to the Petitioner's ability to prepare for the hearing, and to challenge the Respondents' assertion that Petitioner is an "enemy combatant," that Respondents provide all of the reasons they rely upon to justify continuing to hold Petitioner. Accordingly, Petitioner asks the Court to order Respondents to provide in writing all of the reasons why they are continuing to hold Petitioner at the Guantánamo Bay Naval Station, and the information that allegedly supports those reasons, including any classified information. At a minimum, this information includes, but is not limited to, the complete and unredacted so-called "factual return" related to the CSRT conducted with regard to Petitioner, including any classified material.

Counsel for Petitioner already has received security clearance and is able to review classified information related to the Petitioner in the secure facility that was established for counsel of prisoners at Guantánamo Bay. In addition, this Court has already entered, and counsel for Petitioner has already agreed to, the protective order related to classified information in this case. Accordingly, Respondents

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

should be ordered to deposit promptly in the secure facility any classified information related to the reasons why Respondents are holding Petitioner.

Because the Respondents have had years to evaluate Petitioner's alleged "enemy combatant" status, and to review evidence relating to why Petitioner is still held, Respondents should not need more than seven days to provide the requested information.

Numerous courts in this District have granted relief of the kind sought in Petitioner's motion. *E.g.*, *Said, et al., v. Bush,* No. 05-CV-2384 (May 23, 2006); *Othman v. Bush*, No. 05-CV-2088 (D.D.C. Dec. 28, 2005); *Al-Bahooth, et al. v. Bush, et al.*, No. 05-1666 (D.D.C. Dec. 20, 2005); *Adem v. Bush*, No. 05-CV-723 (D.D.C. June 6, 2005).

Dated:  June 24, 2008

Respectfully submitted,

_____/s/ Thomas P. Sullivan_____
One of the Attorneys for Petitioner
Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMER MOHAMMON, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:05-CV-2386 (RBW)** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## [PROPOSED] ORDER

Having considered Petitioner Sulaeiman's Emergency Motion for Order to Show Cause and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

Within seven days of this order, Respondents shall to provide in writing to counsel for Petitioner all of Respondents' reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station. and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility for review by counsel for Petitioner.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Signed this ____ day of _____, 2008

1667520.1

**Exhibit B**

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ACHRAF SALIM ABDESSALAM,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:06 CV 1761(ESH)** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## PETITIONER ABDESSALAM'S
## EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Achraf Salim Abdessalam, ("Petitioner"), through counsel, respectfully submits the following emergency motion:

That this Court order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

In accordance with LCvR 7(m), counsel for Petitioner attempted via telephone and electronic mail to discuss this motion with counsel for Respondents but was unable to reach counsel for Respondents. Accordingly, counsel for

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

Petitioner was unable to determine if Respondents object to the relief sought

herein.


 Dated:  June 24, 2008                    Respectfully submitted,


                                          __/s/ Thomas P. Sullivan_____
                                          One of the Attorneys for Petitioner

                                          Thomas P. Sullivan
                                          Douglas A. Sondgeroth
                                          JENNER & BLOCK LLP
                                          330 N. Wabash Avenue
                                          Chicago, IL  60611
                                          Tel: (312) 923-9350
                                          Fax: (312) 527-0484

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2008, I caused the foregoing Petitioner

Abdessalam's Emergency Motion for Order to Show Cause, a memorandum in

support thereof, and a proposed order, previously filed with the CSO on June 24,

2008, and cleared for public filing by the DOJ, to be delivered to the below-listed

counsel of record in the above-captioned matter through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

_/s/ Thomas P. Sullivan_____
Thomas P. Sullivan
One of the Attorneys for
Petitioner
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ACHRAF SALIM ABDESSALAM,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:06-CV-1761 (ESH)** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM IN SUPPORT OF PETITIONER ABDESSALAM'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Achraf Salim Abdessalam ("Petitioner") has moved this Court to order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

## STATEMENT OF FACTS

Petitioner is originally from Libya. He is presently held at Guantánamo and has been held virtually incommunicado in Respondents' custody and control for approximately six years.

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

On October 16, 2006, Petitioner, through counsel, filed a Petition for Writ of *Habeas Corpus* (the "Petition") in this Court.  The Petition contests both the fact of Petitioner's incarceration as well as his treatment in violation of the Constitution and laws of the United States, the Uniform Code of Military Justice, specified treaties to which the United States is a party, and various principles of international law, as set forth more fully in the Petition.  The Petition in this case was served on Respondents on December 7, 2006.  Counsel for Respondents has appeared in this case on behalf of the Respondents and filed pleadings on their behalf.

On information and belief, Respondents' agents have interrogated Petitioner on numerous occasions and should be fully aware of the reasons why Petitioner continues to be held in prison.  Respondents have acknowledged that the Department of Defense completed so-called CSRT hearings at which each prisoner's "enemy combatant" status and his imprisonment generally were reviewed.

## ARGUMENT

The United States Supreme Court in *Boumediene, et al., v. Bush, et al.,* No. 06-1195 (June 12, 2008), held that Petitioner is "entitled to a prompt *habeas corpus* hearing" to determine the legality of his imprisonment.  *Boumediene*, slip op. at 66.  Petitioner's "access to the writ [of *habeas corpus*] is a necessity to

2

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

determine the lawfulness of [Petitioner's] status" and whether the Respondents may continue to hold him. *Id.* at 69. In an Emergency Motion filed with the court security officer on June 16, 2008, and publicly filed on June 18, 2008, Petitioner has requested a prompt hearing in this matter.

It is essential to the Petitioner's ability to prepare for the hearing, and to challenge the Respondents' assertion that Petitioner is an "enemy combatant," that Respondents provide all of the reasons they rely upon to justify continuing to hold Petitioner. Accordingly, Petitioner asks the Court to order Respondents to provide in writing all of the reasons why they are continuing to hold Petitioner at the Guantánamo Bay Naval Station, and the information that allegedly supports those reasons, including any classified information. At a minimum, this information includes, but is not limited to, the complete and unredacted so-called "factual return" related to the CSRT conducted with regard to Petitioner, including any classified material.

Counsel for Petitioner already has received security clearance and is able to review classified information related to the Petitioner in the secure facility that was established for counsel of prisoners at Guantánamo Bay. In addition, this Court has already entered, and counsel for Petitioner has already agreed to, the protective order related to classified information in this case. Accordingly, Respondents

1666640

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

should be ordered to deposit promptly in the secure facility any classified information related to the reasons why Respondents are holding Petitioner.

Because the Respondents have had years to evaluate Petitioner's alleged "enemy combatant" status, and to review evidence relating to why Petitioner is still held, Respondents should not need more than seven days to provide the requested information.

Numerous courts in this District, including this Court, have granted relief of the kind sought in Petitioner's motion. *E.g.*, *Said, et al., v. Bush,* No. 05-CV-2384 (May 23, 2006); *Othman v. Bush*, No. 05-CV-2088 (D.D.C. Dec. 28, 2005); *Al-Bahooth, et al. v. Bush, et al.*, No. 05-1666 (ESH) (D.D.C. Dec. 20, 2005) (Huvelle, J.); *Adem v. Bush*, No. 05-CV-723 (D.D.C. June 6, 2005).

Dated:   June 24, 2008                    Respectfully submitted,

                                          __/s/ Thomas P. Sullivan_____
                                          One of the Attorneys for Petitioner
                                          Thomas P. Sullivan
                                          Douglas A. Sondgeroth
                                          JENNER & BLOCK LLP
                                          330 N. Wabash Avenue
                                          Chicago, IL  60611
                                          Tel: (312) 923-9350
                                          Fax: (312) 527-0484

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHRAF SALIM ABDESSALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:06-CV-1761 (ESH) |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## [PROPOSED] ORDER

Having considered Petitioner Abdessalam's Emergency Motion for Order to Show Cause and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

Within seven days of this order, Respondents shall to provide in writing to counsel for Petitioner all of Respondents' reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility for review by counsel for Petitioner.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Signed this ___ day of _____, 2008

1666802.1