Pre-Approved by CSO on September 9, 2008 for ECF Filing

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| IN RE: ) | Misc. No. 08-442 |
| ) | |
| GUANTANAMO BAY ) | Civ. Action No. |
| DETAINEE LITIGATION ) | |
| ) | 06-CV-1761 (ESH) |
| _____) | |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioner Achraf Salim Abdessalam (ISN #263) in the above-captioned case joins in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order" ("Response"), filed in the miscellaneous docket on September 8, 2008. A notice and summary of the Response was filed as miscellaneous docket number 357, but Petitioner's case number was mistakenly omitted from the notice.

Dated:   September 9, 2008

Respectfully submitted,

_____/s/ Thomas P. Sullivan_____
One of the Attorneys for Petitioners

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484
tsullivan@jenner.com
dsondgeroth@jenner.com

Pre-Approved by CSO on September 9, 2008 for ECF Filing

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2008, I caused the foregoing Notice of Joinder to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ Thomas P. Sullivan
    Thomas P. Sullivan
    One of the Attorneys for
    Petitioners
    JENNER & BLOCK LLP
    330 N. Wabash Avenue
    Chicago, IL 60611
    Tel.: (312) 222-9350
    Fax.: (312) 527-0484
    Email: tsullivan@jenner.com