

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHRAF SALIM ABDESSALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 06-1761 (ESH) |
| v. | ) | |
| | ) | |
| BARACK H. OBAMA *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Two weeks before the next hearing, the government is to file answers to the following questions and provide the requested documents.

1. How many detainees did ▓▓▓▓ identify as having fought at Tora Bora? Of those, how many were Libyan? Provide their detainee numbers.

2. Does ▓▓▓▓ have a detainee number and, if not, why not?

3. What information, if any, did ▓▓▓▓ provide regarding ▓▓▓▓, and ▓▓▓▓? Provide any documents containing this information.

4. Does the government have any pictures of petitioner at or after his capture? If so, produce them.

5. Did ▓▓▓▓ admit to having fought at Tora Bora? If so, provide the interview containing this admission.

A conference call will be held on March 13, 2009, at 2:15 P.M. to discuss further scheduling.

**SO ORDERED.**

                                                                                        /s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

DATE: March 6, 2009